# Earnings Statement

CO
4AE
Dept : 4593700 Patient Access
Location : 4593700 Patient Access

**TEMPLE HEALTH**

*Temple Faculty Practice Plan*
*Temple Health Sys Boyer Pavilion*
*3509 N Broad Street 9th Floor*
*Philadelphia, PA 19140*

| | |
|---|---|
| EMPLOYEE ID | 915908986 |
| | Page 001 of 001 |
| Period Beg/End: | 04/05/2026 - 04/18/2026 |
| Advice Date: | 04/24/2026 |
| Advice Number: | 0000097521 |
| Batch Number: | 000000002728 |

Mary F. Robertson
1636 South Lawrence Street
Philadelphia, PA 19148

**For inquiries on this statement please call: 215-707-1568**

Total Hours Worked:     72.00
Basis of Pay:           Hourly
Pay Rate:               $29.14

| Earnings | Rate | Hours/ Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular | 29.1400 | 72.00 | 2098.08 | 17717.12 |
| Sick Leave | 29.1400 | 8.00 | 233.12 | 233.12 |
| Hol Pr 0.5 | | | | 116.56 |
| Holiday | | | | 932.48 |
| Personal | | | | 233.12 |
| Vacation | | | | 1864.96 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| *PersChoice | 86.67 | 693.36 |
| TUHS STD | 23.43 | 187.44 |
| LTD | 14.64 | 117.12 |
| *PEN CONTRB | 46.62 | 419.58 |
| Due1199tfp | 25.68 | 231.12 |
| TH Perks | 17.23 | 137.84 |
| *1199C Med | 0.00 | 77.04 |

| Gross Pay | 80.00 | 2331.20 | 21097.36 |
|---|---|---|---|

**Taxes**

| | This Period | Year-to-Date |
|---|---|---|
| Fed Withholdng | 239.90 | 2174.25 |
| Fed MED/EE | 32.54 | 294.74 |
| Fed OASDI/EE | 139.16 | 1260.27 |
| PA Unempl EE | 1.63 | 14.77 |
| PA Withholdng | 68.91 | 624.06 |
| PA local Withholdng | 87.19 | 789.07 |

| Total Deductions | 214.27 | 1863.50 |
|---|---|---|

*Excluded from taxable wages

| **Net Pay** | **1547.60** | **14076.70** |
|---|---|---|

**Employer Paid Benefits**

| | | |
|---|---|---|
| PersChoice | 320.16 | 2561.28 |
| Dental | 15.92 | 127.36 |
| Vision | 0.93 | 7.44 |
| Life | 0.33 | 2.64 |
| LTD | 13.58 | 108.64 |
| PEN CONTRB | 46.62 | 419.58 |
| PEN NCONTR | 93.25 | 827.59 |

| Total Taxes | 569.33 | 5157.16 |
|---|---|---|

**Benefit Time**

| | Balance |
|---|---|
| Vacation | 61.48 |
| Sick | 436.60 |
| Personal | 8.00 |

| Total | 490.79 | 4054.53 |
|---|---|---|

**Net Pay Distribution**

| | | |
|---|---|---|
| Deposit   Che   XXXX4601 | | 1,547.60 |
| Net Check | | 0.00 |

© 2002 AutomaticData Processing (PCSUVO)

---

**TEMPLE HEALTH**

Temple Faculty Practice Plan
Temple Health Sys Boyer Pavilion
3509 N Broad Street 9th Floor
Philadelphia, PA 19140

| Advice Number: | 0000097521 |
|---|---|
| Advice Date: | 04/24/2026 |

THIS IS NOT A CHECK

| **Deposited to the account of** | | **Account Number** | **Transit ABA** | **Amount** |
|---|---|---|---|---|
| Mary F. Robertson | Checking | XXXX4601 | 031301422 | 1547.60 |

## Earnings Statement

**TEMPLE HEALTH**

CO
4A8
Dept : 4593700 Patient Access
Location : 4593700 Patient Access

*Temple Faculty Practice Plan*
*Temple Health Sys Boyer Pavilion*
*3509 N Broad Street 9th Floor*
*Philadelphia, PA 19140*

| | |
|---|---|
| EMPLOYEE ID | 915908986 |
| | Page 001 of 001 |
| Period Beg/End: | 03/22/2026 - 04/04/2026 |
| Advice Date: | 04/10/2026 |
| Advice Number: | 0000096766 |
| Batch Number: | 000000002704 |

**Mary F. Robertson**
**1636 South Lawrence Street**
**Philadelphia, PA 19148**

**For inquiries on this statement please call: 215-707-1568**

Total Hours Worked: 80.00
Basis of Pay: Hourly
Pay Rate: $29.14

| Earnings | Rate | Hours/ Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular | 29.1400 | 80.00 | 2331.20 | 15619.04 |
| Hol Pr 0.5 | | | | 116.56 |
| Holiday | | | | 932.48 |
| Personal | | | | 233.12 |
| Vacation | | | | 1864.96 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| *PersChoice | 86.67 | 606.69 |
| TUHS STD | 23.43 | 164.01 |
| LTD | 14.64 | 102.48 |
| *PEN CONTRB | 46.62 | 372.96 |
| Due1199tfp | 25.68 | 205.44 |
| TH Perks | 17.23 | 120.61 |
| *1199C Med | 0.00 | 77.04 |

| Gross Pay | 80.00 | 2331.20 | 18766.16 |
|---|---|---|---|

| Taxes | | |
|---|---|---|
| Fed Withholdng | 239.90 | 1934.35 |
| Fed MED/EE | 32.55 | 262.20 |
| Fed OASDI/EE | 139.16 | 1121.11 |
| PA Unempl EE | 1.64 | 13.14 |
| PA Withholdng | 68.91 | 555.15 |
| PA local Withholdng | 87.19 | 701.88 |

| Total Taxes | 569.35 | 4587.83 |
|---|---|---|

| Total Deductions | 214.27 | 1649.23 |
|---|---|---|

*Excluded from taxable wages

| Net Pay | 1547.58 | 12529.10 |
|---|---|---|

**Employer Paid Benefits**

| | This Period | Year-to-Date |
|---|---|---|
| PersChoice | 320.16 | 2241.12 |
| Dental | 15.92 | 111.44 |
| Vision | 0.93 | 6.51 |
| Life | 0.33 | 2.31 |
| LTD | 13.58 | 95.06 |
| PEN CONTRB | 46.62 | 372.96 |
| PEN NCONTR | 93.25 | 734.34 |

| Total | 490.79 | 3563.74 |
|---|---|---|

| Benefit Time | Balance |
|---|---|
| Vacation | 56.86 |
| Sick | 440.90 |
| Personal | 8.00 |

**Net Pay Distribution**

| | | |
|---|---|---|
| Deposit Che XXXX4601 | 1,547.58 |
| Net Check | 0.00 |

© 2002 AutomaticData Processing (PCSUVO)

---

**TEMPLE HEALTH**

Temple Faculty Practice Plan
Temple Health Sys Boyer Pavilion
3509 N Broad Street 9th Floor
Philadelphia, PA 19140

| Advice Number: | 0000096766 |
|---|---|
| Advice Date: | 04/10/2026 |

THIS IS NOT A CHECK

**Deposited to the account of**

| | | Account Number | Transit ABA | Amount |
|---|---|---|---|---|
| Mary F. Robertson | Checking | XXXX4601 | 031301422 | 1547.58 |

**Temple Faculty Practice Plan**
Temple Health Sys Boyer Pavilion, 3509 N Broad Street
9th Floor
Philadelphia, PA 19140

| | |
|---|---|
| Pay Group: | Biweekly |
| Pay Begin Date: | 03/08/2026 |
| Pay End Date: | 03/21/2026 |

| | |
|---|---|
| Business Unit: | 680 |
| Advice #: | 000000000095986 |
| Advice Date: | 03/27/2026 |

**Mary F. Robertson**
1636 South Lawrence Street
Philadelphia, PA 19148-1311

| | |
|---|---|
| Employee ID: | 915908986 |
| Department: | 4593700-Patient Access |
| Location: | Patient Access |
| Job Title: | LEAD COMPREHENSIVE SCHEDULER |

| TAX DATA: | Federal | PA Stat |
|---|---|---|
| Marital Status: | Single | N/. |
| Allowances: | N/A | N/. |
| Addl. Percent: | N/A | |
| Addl. Amount: | 60.00 | |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular | 29.140000 | 80.00 | 2,331.20 | 456.00 | 13,287.84 | Fed OASDI/EE | 139.16 | 981.9 |
| Holiday | | | 0.00 | 32.00 | 932.48 | Fed MED/EE | 32.55 | 229.6 |
| Vacation | | | 0.00 | 64.00 | 1,864.96 | Fed Withholding | 239.90 | 1,694.4 |
| Hol Pr 0.5 | | | 0.00 | 8.00 | 116.56 | PA Withholding | 68.91 | 486.2 |
| Personal | | | 0.00 | 8.00 | 233.12 | PA Unempl EE | 1.63 | 11.5 |
| | | | | | | PHILADELPHIA Withhol | 87.19 | 614.6 |
| TOTAL: | | 80.00 | 2,331.20 | 568.00 | 16,434.96 | TOTAL: | 569.34 | 4,018.4 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| PEN CONTRB EE | 46.62 | 326.34 | TUHS STD | 23.43 | 140.58 | PersChoice | 320.16 | 1,920.9 |
| PersChoice | 86.67 | 520.02 | LTD | 14.64 | 87.84 | Dental | 15.92 | 95.5 |
| 1199C Med | 0.00 | 77.04 | Due1199tfp | 25.68 | 179.76 | Vision | 0.93 | 5.5 |
| | | | TH Perks | 17.23 | 103.38 | PEN CONTRB ER | 46.62 | 326.3 |
| | | | | | | PEN NCONTR ER | 93.25 | 641.0 |
| | | | | | | LTD | 13.58 | 81.4 |
| | | | | | | Life | 0.33 | 1.9 |
| TOTAL: | 133.29 | 923.40 | TOTAL: | 80.98 | 511.56 | *IMPUTED INCOME | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,331.20 | 2,197.91 | 569.34 | 214.27 | 1,547.5 |
| YTD | 16,434.96 | 15,511.56 | 4,018.48 | 1,434.96 | 10,981.5 |

| BENEFIT TIME | BALANCE |
|---|---|
| Vacation | 52.24 |
| Sick | 437.20 |
| Personal | 8.00 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000000095986 | Checking | XXXXXXXXXXX4601 | 1,547.59 |
| TOTAL: | | | 1,547.59 |

MESSAGE:

**Temple Faculty Practice Plan**
Temple Health Sys Boyer Pavilion, 3509 N Broad Street
9th Floor
Philadelphia, PA  19140

| | |
|---|---|
| Pay Group: | Current Biweekly |
| Pay Begin Date: | 02/22/2026 |
| Pay End Date: | 03/07/2026 |

| | |
|---|---|
| Business Unit: | 680 |
| Advice #: | 000000000095240 |
| Advice Date: | 03/13/2026 |

**Mary F. Robertson**
1636 South Lawrence Street
Philadelphia, PA  19148-1311

| | |
|---|---|
| Employee ID: | 915908986 |
| Department: | 4593700-Patient Access |
| Location: | Patient Access |
| Job Title: | LEAD COMPREHENSIVE SCHEDULER |

| TAX DATA: | Federal | PA Stat |
|---|---|---|
| Marital Status: | Single | N/A |
| Allowances: | N/A | N/A |
| Addl. Percent: | N/A | |
| Addl. Amount: | 60.00 | |

## HOURS AND EARNINGS

| | | Current | | YTD | | | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | | | |
| Regular | 29.140000 | 72.00 | 2,098.08 | 376.00 | 10,956.64 | | | |
| Vacation | 29.140000 | 8.00 | 233.12 | 64.00 | 1,864.96 | | | |
| Holiday | | | 0.00 | 32.00 | 932.48 | | | |
| Hol Pr 0.5 | | | 0.00 | 8.00 | 116.56 | | | |
| Personal | | | 0.00 | 8.00 | 233.12 | | | |
| **TOTAL:** | | **80.00** | **2,331.20** | **488.00** | **14,103.76** | | | |

## TAXES

| Description | Current | YT |
|---|---|---|
| Fed OASDI/EE | 139.16 | 842.7 |
| Fed MED/EE | 32.54 | 197.1 |
| Fed Withholding | 239.90 | 1,454.5 |
| PA Withholding | 68.91 | 417.3 |
| PA Unempl EE | 1.63 | 9.8 |
| PHILADELPHIA Withhol | 87.19 | 527.5 |
| **TOTAL:** | **569.33** | **3,449.1** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PEN CONTRB EE | 46.62 | 279.72 |
| PersChoice | 86.67 | 433.35 |
| 1199C Med | 0.00 | 77.04 |
| **TOTAL:** | **133.29** | **790.11** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TUHS STD | 23.43 | 117.15 |
| LTD | 14.64 | 73.20 |
| Due1199tfp | 25.68 | 154.08 |
| TH Perks | 17.23 | 86.15 |
| **TOTAL:** | **80.98** | **430.58** |

## EMPLOYER PAID BENEFITS

| Description | Current | YT |
|---|---|---|
| PersChoice | 320.16 | 1,600.8 |
| Dental | 15.92 | 79.6 |
| Vision | 0.93 | 4.6 |
| PEN CONTRB ER | 46.62 | 279.7 |
| PEN NCONTR ER | 93.25 | 547.8 |
| LTD | 13.58 | 67.9 |
| Life | 0.33 | 1.6 |

*IMPUTED INCOME

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,331.20 | 2,197.91 | 569.33 | 214.27 | 1,547.6 |
| YTD | 14,103.76 | 13,313.65 | 3,449.14 | 1,220.69 | 9,433.9 |

| BENEFIT TIME | BALANCE |
|---|---|
| Vacation | 47.62 |
| Sick | 433.50 |
| Personal | 8.00 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000000095240 | Checking | XXXXXXXXXXXX4601 | 1,547.60 |
| **TOTAL:** | | | **1,547.60** |

**MESSAGE:**

**Temple Faculty Practice Plan**
Temple Health Sys Boyer Pavilion, 3509 N Broad Street
9th Floor
Philadelphia, PA 19140

| | |
|---|---|
| Pay Group: | Current Biweekly |
| Pay Begin Date: | 02/08/2026 |
| Pay End Date: | 02/21/2026 |

| | |
|---|---|
| Business Unit: | 680 |
| Advice #: | 000000000094486 |
| Advice Date: | 02/27/2026 |

**Mary F. Robertson**
1636 South Lawrence Street
Philadelphia, PA 19148-1311

| | |
|---|---|
| Employee ID: | 915908986 |
| Department: | 4593700-Patient Access |
| Location: | Patient Access |
| Job Title: | LEAD COMPREHENSIVE SCHEDULER |

| TAX DATA: | Federal | PA Stat |
|---|---|---|
| Marital Status: | Single | N/. |
| Allowances: | N/A | N/. |
| Addl. Percent: | N/A | |
| Addl. Amount: | 60.00 | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 29.140000 | 40.00 | 1,165.60 | 304.00 | 8,858.56 |
| Vacation | 29.140000 | 40.00 | 1,165.60 | 56.00 | 1,631.84 |
| Holiday | | | 0.00 | 32.00 | 932.48 |
| Hol Pr 0.5 | | | 0.00 | 8.00 | 116.56 |
| Personal | | | 0.00 | 8.00 | 233.12 |
| **TOTAL:** | | **80.00** | **2,331.20** | **408.00** | **11,772.56** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed OASDI/EE | 139.16 | 703.6 |
| Fed MED/EE | 32.55 | 164.5 |
| Fed Withholding | 239.90 | 1,214.6 |
| PA Withholding | 68.91 | 348.4 |
| PA Unempl EE | 1.63 | 8.2 |
| PHILADELPHIA Withhol | 87.19 | 440.3 |
| **TOTAL:** | **569.34** | **2,879.8** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PEN CONTRB EE | 46.62 | 233.10 |
| PersChoice | 86.67 | 346.68 |
| 1199C Med | 0.00 | 77.04 |
| **TOTAL:** | **133.29** | **656.82** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TUHS STD | 23.43 | 93.72 |
| LTD | 14.64 | 58.56 |
| Due1199tfp | 25.68 | 128.40 |
| TH Perks | 17.23 | 68.92 |
| **TOTAL:** | **80.98** | **349.60** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| PersChoice | 320.16 | 1,280.6 |
| Dental | 15.92 | 63.6 |
| Vision | 0.93 | 3.7 |
| PEN CONTRB ER | 46.62 | 233.1 |
| PEN NCONTR ER | 93.25 | 454.5 |
| LTD | 13.58 | 54.3 |
| Life | 0.33 | 1.3 |

*IMPUTED INCOME

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,331.20 | 2,197.91 | 569.34 | 214.27 | 1,547.5 |
| YTD | 11,772.56 | 11,115.74 | 2,879.81 | 1,006.42 | 7,886.3 |

| BENEFIT TIME | BALANCE |
|---|---|
| Vacation | 51.00 |
| Sick | 429.80 |
| Personal | 8.00 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000000094486 | Checking | XXXXXXXXXXX4601 | 1,547.59 |
| **TOTAL:** | | | **1,547.59** |

MESSAGE:

**Temple Faculty Practice Plan**
Temple Health Sys Boyer Pavilion, 3509 N Broad Street
9th Floor
Philadelphia, PA  19140

| | |
|---|---|
| Pay Group: | Biweekly |
| Pay Begin Date: | 01/25/2026 |
| Pay End Date: | 02/07/2026 |

| | |
|---|---|
| Business Unit: | 680 |
| Advice #: | 000000000093735 |
| Advice Date: | 02/13/2026 |

**Mary F. Robertson**
1636 South Lawrence Street
Philadelphia, PA  19148-1311

| | |
|---|---|
| Employee ID: | 915908986 |
| Department: | 4593700-Patient Access |
| Location: | Patient Access |
| Job Title: | LEAD COMPREHENSIVE SCHEDULER |

| TAX DATA: | Federal | PA Stat |
|---|---|---|
| Marital Status: | Single | N/. |
| Allowances: | N/A | N/. |
| Addl. Percent: | N/A | |
| Addl. Amount: | 60.00 | |

## HOURS AND EARNINGS

| | | Current | | YTD | | 
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular | 29.140000 | 64.00 | 1,864.96 | 264.00 | 7,692.96 |
| Holiday | 29.140000 | 8.00 | 233.12 | 32.00 | 932.48 |
| Personal | 29.140000 | 8.00 | 233.12 | 8.00 | 233.12 |
| Vacation | | 0.00 | 0.00 | 16.00 | 466.24 |
| Hol Pr 0.5 | | 0.00 | 0.00 | 8.00 | 116.56 |
| **TOTAL:** | | **80.00** | **2,331.20** | **328.00** | **9,441.36** |

## TAXES

| Description | Current | YTI |
|---|---|---|
| Fed OASDI/EE | 139.16 | 564.4 |
| Fed MED/EE | 32.54 | 132.0 |
| Fed Withholding | 239.90 | 974.7 |
| PA Withholding | 68.91 | 279.5 |
| PA Unempl EE | 1.63 | 6.6 |
| PHILADELPHIA Withhol | 87.19 | 353.1 |
| **TOTAL:** | **569.33** | **2,310.4** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PEN CONTRB EE | 46.62 | 186.48 |
| PersChoice | 86.67 | 260.01 |
| 1199C Med | 0.00 | 77.04 |
| **TOTAL:** | **133.29** | **523.53** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TUHS STD | 23.43 | 70.29 |
| LTD | 14.64 | 43.92 |
| Due1199tfp | 25.68 | 102.72 |
| TH Perks | 17.23 | 51.69 |
| **TOTAL:** | **80.98** | **268.62** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTI |
|---|---|---|
| PersChoice | 320.16 | 960.4 |
| Dental | 15.92 | 47.7 |
| Vision | 0.93 | 2.7 |
| PEN CONTRB ER | 46.62 | 186.4 |
| PEN NCONTR ER | 93.25 | 361.3 |
| LTD | 13.58 | 40.7 |
| Life | 0.33 | 0.9 |
| *IMPUTED INCOME | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PA' |
|---|---|---|---|---|---|
| Current | 2,331.20 | 2,197.91 | 569.33 | 214.27 | 1,547.6 |
| YTD | 9,441.36 | 8,917.83 | 2,310.47 | 792.15 | 6,338.7 |

| BENEFIT TIME | BALANCE |
|---|---|
| Vacation | 86.38 |
| Sick | 426.10 |
| Personal | 8.00 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000000093735 | Checking | XXXXXXXXXXX4601 | 1,547.60 |
| **TOTAL:** | | | **1,547.60** |

MESSAGE: